**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| KEVIN M. LARGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11CV182 JTN |
| ) | |
| CONSUMER RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

Pursuant to Fed.R.Civ.P. 41, the undersigned hereby stipulate to the dismissal of this action with prejudice and without costs.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule
Edelman Combs Latturner & Goodwin LLC
120 South LaSalle Street, 18th Floor
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (fax)
courtecl@edcombs.com

/s/ Deborah A. Lujan
Deborah A. Lujan
Collins, Einhorn, Farrell, & Ulanof, P.C.
4000 Town Center, Suite 909
Southfiled, MI 48075
(248) 355-4141
(248) 355-2277 (fax)
Deborah.Lujan@ceflawyers.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that this document was filed on September 1, 2011 and served upon counsel for defendant (Deborah.Lujan@ceflawyers.com) through the Court's electronic filing system, on the same date.

/s/ Thomas E. Soule
Thomas E. Soule